# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**GUNTHER CHARTERS, INC.,**<br><br>Debtor | Bankruptcy Case: 23-10416-MMH<br><br>Chapter 11 |

### LINE WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE OR CONVERT TO A CASE UNDER CHAPTER 7

Gerard R. Vetter, Acting United States Trustee for Region Four, which includes the District of Maryland, Baltimore Division, hereby withdraws the Motion to Dismiss Case or Convert to a Case Under Chapter 7 filed on July 17, 2023, as document 129.

Respectfully submitted,

Gerard R. Vetter
Acting United States Trustee, Region 4

Date: August 24, 2023

By: /s/ Hugh M. Bernstein
Hugh M. Bernstein (Fed. Bar No. 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2023, a copy of the foregoing Motion to Dismiss Case was sent via first class mail, postage prepaid to:

**Gunther Charters Inc.**
7474 Shipley Ave.
Hanover, MD 21076

**ABC Bus, Inc.**
c/o Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**AmeriCredit Financial Services, Inc.**
dba GM Financial
PO Box 183583
Arlington, TX 76096

**James S. Livermone**
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601


According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Monique Desiree Almy**   malmy@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com, monique-almy-7127@ecf.pacerpro.com
- **Julia Anne Bonestroo Banegas**   julia.banegas@huschblackwell.com
- **James Daniel (UST) Ford**   j.dan.ford@usdoj.gov
- **Stanford G. Gann**   sgannjr@levingann.com
- **Stuart Ryan Goldberg**   sgoldberg@bakerdonelson.com
- **Peggy H Goodman**   peggy.goodman@maryland.gov

- **Christopher L. Hamlin**   chamlin@mhlawyers.com, dmoorehead@mhlawyers.com, chamlin@ecf.inforuptcy.com, Hamlin.ChristopherR92003@notify.bestcase.com, aromero@mhlawyers.com
- **Catherine Keller Hopkin**   chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com, schroppjr39990@notify.bestcase.com
- **Michael J. Klima**   bankruptcy@peroutkalaw.com
- **Dean M. Park**   dpark@adesassoc.us
- **Daniel J. Pesachowitz**   dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com
- **Scott R. Robinson**   scottr@hrdlawyers.com, darcyf@hrdlawyers.com
- **Brooke Schumm**   bschumm@levingann.com, ljackson@danmclaw.com
- **Daniel Alan Staeven**   daniel.staeven@frosttaxlaw.com, dan@ecf.courtdrive.com, daniel.staeven@frosttaxlaw.com, ann.jordan@frosttaxlaw.com, G70021@notify.cincompass.com
- **Lisa Bittle Tancredi**   Lisa.Tancredi@wbd-us.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Brett Weiss**   brett@bankruptcylawmaryland.com, brettecf@gmail.com, TheWeissLawGroup@jubileebk.net, chetan@BankruptcyLawMaryland.com
- **Jacob Christian Zweig**   jzweig@evanspetree.com, crecord@evanspetree.com

*/s/ Hugh M. Bernstein*  
Hugh M. Bernstein