# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| In re<br><br>**BETH A. HENSON**<br><br>Debtor | Bankruptcy Case: 23-12719-MMH<br>(Jointly Administered with case 23-13194)<br><br>Chapter 11 |

## LINE WITHDRAWING DOCUMENT 85

Gerard R. Vetter, Acting United States Trustee for Region Four, hereby withdraws the document filed as document 85 in the above-captioned case. The document was filed in error.

                                        Respectfully submitted,

Dated: July 18, 2024                  Gerard R. Vetter,
                                                Acting United States Trustee for Region Four

                                                By: */s/ Hugh M. Bernstein*
                                                Hugh M. Bernstein
                                                Fed. Bar No.: 23489
                                                United State Department of Justice
                                                101 West Lombard Street
                                                Baltimore, Maryland 21201
                                                (410) 962-4300
                                                E-mail:  hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 18, 2024, a copy of the foregoing Motion to Convert to Chapter 7 or to Dismiss was sent via first class mail, postage prepaid to:

Mark G. Chalpin
116 Billingsgate Lane
Gaithersburg, MD 20877

Frank J. Giarratano
4237 Red Bandana Way
Ellicott City, MD 21042

MATTHEW KAISER
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Nancy Alper**   nancy.alper@dc.gov
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **John D. Sadler**   Sadlerj@ballardspahr.com, andersonn@ballardspahr.com;LitDocket_East@ballardspahr.com
- **Eric S. Steiner**   info@steinerlawgroup.com, eric.steinerlawgroup.com@recap.email
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

                                               */s/ Hugh M. Bernstein*
                                               Hugh M. Bernstein