# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**CYNTHIA ANN WARREN**<br><br>Debtor | Bankruptcy Case: 23-13194-MMH<br>(Jointly Administered with case 23-12719)<br><br>Chapter 11 |

## LINE WITHDRAWING
## THE UNITED STATES TRUSTEE'S
## MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE

Gerard R. Vetter, Acting United States Trustee for Region Four, hereby withdraws the Motion to Convert to Chapter 7 or Dismiss Case which was filed on July 18, 2024, in the above-captioned case. Debtor cured the deficiencies asserted in the motion and the documents crossed in the mail.

Respectfully submitted,

Dated: July 18, 2024

Gerard R. Vetter,
Acting United States Trustee for Region Four

By: */s/ Hugh M. Bernstein*
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail: hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2024, a copy of the foregoing Motion to Convert to Chapter 7 or to Dismiss was sent via first class mail, postage prepaid to:

Cynthia Ann Warren
1024 E 36th Street
Baltimore, MD 21218

Mark G. Chalpin
116 Billingsgate Lane
Gaithersburg, MD 20877

Frank J. Giarratano
4237 Red Bandana Way
Ellicott City, MD 21042

Matthew Kaiser
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

    Nancy Alper    nancy.alper@dc.gov
    Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
    Jessica Hepburn-Sadler    sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
    Marc A. Ominsky    info@mdlegalfirm.com, marc@mdlegalfirm.com;adeal@mdlegalfirm.com;bkcourtmailmd@gmail.com;a.mr78701@notify.bestcase.com
    John D. Sadler    Sadlerj@ballardspahr.com, andersonn@ballardspahr.com;LitDocket_East@ballardspahr.com
    Eric S. Steiner    info@steinerlawgroup.com, eric.steinerlawgroup.com@recap.email
    US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                          */s/ Hugh M. Bernstein*
                                          Hugh M. Bernstein